**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LINDSAY M. WHOLAVER, | : | No. 247 WAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| FRANKLIN T. WHOLAVER, JR., | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of December, 2023, the Petition for Allowance of Appeal and Application for Relief to Stay Trial Judge's Orders are **DENIED**.